# EXHIBIT 1



# FORD GT APPLICATION PROGRAM

## TERMS AND CONDITIONS

These terms and conditions ("Terms and Conditions") contain important information regarding the Ford GT Application Program (the "Program") conducted by Ford Motor Company ("Ford"). Please read these Terms and Conditions carefully. By submitting an application in the Program, you represent that you have read, understand and agree to be bound by these Terms and Conditions and that you will comply with all of the requirements set forth in these Terms and Conditions. IF

# FORD GT APPLICATION PROGRAM

## TERMS AND CONDITIONS

These terms and conditions ("Terms and Conditions") contain important information regarding the Ford GT Application Program (the "Program") conducted by Ford Motor Company ("Ford"). Please read these Terms and Conditions carefully. By submitting an application in the Program, you represent that you have read, understand and agree to be bound by these Terms and Conditions and that you will comply with all of the requirements set forth in these Terms and Conditions. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS, DO NOT SUBMIT AN APPLICATION.

**1. THE PROGRAM:** Ford is conducting the Program in connection with the upcoming introduction of the 2017 and 2018 model year Ford GT supercars (each a "GT" and collectively, "GTs"). Ford intends to manufacture very limited quantities of the GT and to make available via the Program a minimum of one hundred and fifty (150) 2017 model year GTs and a minimum of one hundred and fifty (150) 2018 model year GTs. Because Ford anticipates that there will be more potential purchasers than there are available GTs, Ford intends through the Program to select individuals who will be invited to discuss a potential purchase of a GT on terms to be agreed to by the seller and the purchaser.

**2. NOT AN OFFER OR CONTRACT FOR SALE:** The purpose of the Program is to identify potential GT purchasers. The Program is not an offer by Ford or any dealer to sell a GT, and submission of an application is not an offer by the applicant to purchase a GT. Sales of the GT will be made by Ford dealers in the Participating Territories (as defined below) (except with respect to sales in Austria, Belgium, France, Germany, Ireland, Italy, the Netherlands, Spain, Sweden, Switzerland, and the United Kingdom, as to which sales will be made by Ford or Ford affiliates). The Ford dealers that are involved in sales of the GT outside of the countries specified in the prior sentence are not employees, affiliates or subsidiaries of Ford. Applicants who will be invited to discuss with a Ford dealer a potential purchase of a GT ("Selected Applicants") will be directed to Ford dealers. The purchase price and all other terms of sale will be determined by the seller in accordance with such terms and processes as the seller may establish. Each seller of a GT will have the right to condition the sale on the purchaser's agreement to restrictions on resale or transfer of the GT or to a right of the seller to repurchase the GT within specified time periods, to the extent such restrictions or requirements are permitted under applicable law. Submitting an application does not guarantee that you will be selected as a Selected Applicant. Submitting an application is only an indication of your potential interest in purchasing a GT. If you are identified as a Selected Applicant, that selection will not obligate you to purchase a GT. If you are selected as a Selected Applicant, there is no guarantee that you will be offered an opportunity to purchase a GT, because the terms of any purchase are subject to mutual agreement by the pertinent seller and the prospective purchaser. GTs will be delivered only to locations in which sale and delivery of the GT is lawful. The Program is not a lottery, sweepstakes, contest, game, commercial competition, prize competition or promotion.

**3. PARTICIPATING TERRITORIES:** The "Participating Territories" are Austria, Belgium, Canada, China, France, Germany,

**3. PARTICIPATING TERRITORIES:** The "Participating Territories" are Austria, Belgium, Canada, China, France, Germany, Ireland, Italy, Macao, Mexico, the Netherlands, Philippines, Saudi Arabia, Spain, Sweden, Switzerland, Taiwan, Turkey, United Arab Emirates, the United Kingdom and the United States of America.

**4. ELIGIBILITY:** The Program is open only to natural persons who (a) are able to take delivery of the car in a Participating Territory; (b) are of sufficient age to enter into a legal agreement for the purchase a GT; and (c) are of legal driving age in their jurisdiction of residence.

**5. HOW TO APPLY:** Ford will accept applications in the Program beginning on January 26, 2016 at approximately 12:01 AM GMT, through approximately 11:59 PM GMT on February 29, 2016 (the "Application Period"). Submission of an application will require the applicant to provide the applicant's name, address, telephone number and email address and such other information as Ford may require in the application. Each applicant will also be required to answer one or more questions concerning the applicant and his or her relationship to Ford, if any, and other questions intended to provide Ford with information about the applicant and his or her interest in the GT and experiences as a car owner. To be considered, the application must be complete and all required information submitted by no later than the end of the Application Period. Application times will be determined by Ford. Each applicant must answer all questions and provide all requested information truthfully, accurately and completely. All information provided in the application must be accurate and provided with the express authorization of the applicant in the event that the application is completed by a third-party on applicant's behalf. Additionally, each applicant must also expressly acknowledge and agree to these Terms and Conditions, the Terms of Use and Ford's Privacy Policies.

**6. SELECTION PROCESS:** After the conclusion of the Application Period, the Selected Applicants will be determined by Ford (in its sole discretion), based on Ford's evaluation of the information provided by the applicants through the Program and Ford's determination of the applicants that are best suited to enjoy the GT, taking into account, among other things, each applicant's interest in Ford cars and the GT and in collectible cars generally, each applicant's relationship with Ford (if any) and each applicant's involvement in the motorsports community (if any). Such review and determination will be made by a panel of Ford executives (and/or such other representatives and agents designated by Ford) in the United States and/or by executives of Ford's affiliated companies (and/or such other representatives and agents designated by Ford) in other Participating Territories (as applicable). The selection of the Selected Applicants, and all other determinations in connection with the Program, will be made by Ford in its sole discretion based on both objective and subjective factors. The number of Selected Applicants will be determined by Ford in its sole discretion. Ford may allocate particular quantities of Selected Applicants to particular Participating Territories. With respect to any particular Participating Territory, there is no guarantee that any GTs, or any particular quantity of GTs, will be made available for purchase by residents of that Participating Territory. During the course of Ford's evaluation, Ford reserves the right to contact and interview applicants, and/or request additional materials in support of an application. All decisions of Ford will be binding, and each applicant agrees to comply with all such decisions. Selected Applicants will not be determined in

particular quantities of Selected Applicants to particular Participating Territories. With respect to any particular Participating Territory, there is no guarantee that any GTs, or any particular quantity of GTs, will be made available for purchase by residents of that Participating Territory. During the course of Ford's evaluation, Ford reserves the right to contact and interview applicants, and/or request additional materials in support of an application. All decisions of Ford will be binding, and each applicant agrees to comply with all such decisions. Selected Applicants will not be determined in a random drawing or similar mechanism. All review and selection assessments and determinations will be strictly confidential, and Ford will not be obligated to disclose any information regarding the application and selection process for the Program, other than as otherwise set forth in these Terms and Conditions. In determining the Selected Applicants, Ford will not discriminate on any basis prohibited by applicable laws, which may include, age, race, ethnic origin, sex or gender, gender identity or gender expression, sexual orientation, citizenship, marital status, family status, civil status, birth, caste, wealth, religion, creed or beliefs, political beliefs, trade union convictions, language, current or future state of health, disability, physical or genetic characteristics, membership of the travelling community or social origin.

**7. NOTIFICATION AND VERIFICATION OF SELECTED APPLICANTS:** Ford expects that Selected Applicants will be notified of their selection, using the e-mail information provided by the Selected Applicants in their applications, on or around April, 2016. Ford may also in its sole discretion identify and/or notify applicants who will be placed on a waitlist in case any Selected Applicants determine not to purchase a GT. Ford will send up to 5 e-mails over a 120 hour period following selection to contact the potential Selected Applicant. If the potential Selected Applicant does not respond to Ford's e-mail during the 120 hour period in which he/she is contacted (no phone calls will be made, nor will messages will be left on answering machines or voicemail systems), the potential Selected Applicant will be excluded, at Ford's discretion. If Ford is successful in contacting the potential Selected Applicant, he or she must (a) within 10 days of being contacted by Ford, , provide Ford with all requested information in order for Ford to prove eligibility, and (b) within 10 days of receipt of such documents from Ford, complete, sign and deliver to Ford (i) an affidavit of eligibility and release of Released Parties (as defined below), and (ii) any additional legal documentation furnished by Ford for purposes of verifying Selected Applicant's eligibility and acceptance of these Terms and Conditions and the conditions of participation in the Program. Participation in this program constitutes your agreement to provide, sign and/or timely deliver all such information and documents (as applicable).

**8. APPLICATION CONTENT:** The application process will require each applicant to provide certain information and to answer certain questions. The application process also may permit (but will not require) applicants to submit or provide links to videos that demonstrate why the applicant would be a desirable GT owner, among other things. All information and material supplied or made available by any applicant in the Program (collectively, "Application Content") must not contain any material that violates or infringes upon the rights of any third party, including without limitation any copyright, trademark or rights of privacy or publicity, or that is unlawful, in violation of or contrary to any applicable law or regulation. By submitting any Application Content, the applicant represents and warrants that the Application Content does not contain any such material and irrevocably grants to Ford and its parent companies, subsidiaries and affiliates,

contain any material that violates or infringes upon the rights of any third party, including without limitation any copyright, trademark or rights of privacy or publicity, or that is unlawful, in violation of or contrary to any applicable law or regulation. By submitting any Application Content, the applicant represents and warrants that the Application Content does not contain any such material and irrevocably grants to Ford and its parent companies, subsidiaries and affiliates, and the successors, agents, licensees and assigns of each of the foregoing (collectively, the "Program Entities") a non-exclusive license to reproduce, modify, edit and otherwise use the Application Content (and/or any portion thereof), in perpetuity, throughout the world, in all media and formats whether now or later known or developed, in connection with the administration of the Program and for any other lawful purposes (including, without limitation, in connection with the advertising, marketing and promotion of the GT and/or other Ford products and services), without further notice or compensation, unless prohibited by law.

9. RELEASE AND LIMITATION OF LIABILITY: By submitting an application in the Program, you release and agree to hold each of the Program Entities, all other companies involved in the development or operation of the Program, and the directors, officers, employees, agents and assigns of all of the foregoing (collectively, the "Released Parties"), harmless from and against any and all claims, damages and liability arising out of and/or related to your participation in the Program, the operation of the Program Website, and/or the promotion, offering or operation of the Program. You assume all liability for any injury or damage caused, or claimed to be caused, by participation in the Program. The Released Parties are not responsible for any typographical or other error in any communication relating to the Program or the administration of the Program.

10. PUBLICITY: Applicants will not be required to, but may in Ford's discretion be requested to, participate in publicity or promotional activities. Applicants will not be obligated to consent to participation in, or to use of the applicant's name or likeness in, any publicity or promotional activities.

11. DISPUTES: By submitting an application in the Program, each applicant agrees that, to the maximum extent permitted by applicable law, (a) any and all disputes, claims, and causes of action arising out of or connected with the Program shall be resolved individually, without resort to any form of class action (Note: Some jurisdictions do not allow restricting access to class actions. This provision will not apply to you if you live in such a jurisdiction.), (b) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, and where permitted by applicable laws, the lesser of such amount and $1.00, including costs associated with submitting an application in the Program, but in no event attorneys' fees and (c) under no circumstances will any applicant be permitted to obtain any award for, and applicant hereby waives all rights to claim, punitive, special, incidental or consequential damages and any and all rights to have damages multiplied or otherwise increased and any other damages, other than for actual out-of-pocket expenses. Except to the extent that applicable law requires otherwise, all issues and questions concerning the construction, validity, interpretation and enforceability of these Terms and Conditions, or the rights and obligations of the applicants and Ford in connection with the Program, shall be governed by, and construed in accordance with the laws of the State of Michigan in

have damages multiplied or otherwise increased and any other damages, other than for actual out-of-pocket expenses. Except to the extent that applicable law requires otherwise, all issues and questions concerning the construction, validity, interpretation and enforceability of these Terms and Conditions, or the rights and obligations of the applicants and Ford in connection with the Program, shall be governed by, and construed in accordance with the laws of the State of Michigan in the United States of America without giving effect to any choice of law or conflict of law rules or provisions that would cause the application of the laws of any other jurisdiction. If a court determines that any term or condition in these Terms and Conditions is illegal, invalid or unenforceable, then such term or condition will be eliminated and the remaining terms and conditions will remain in force and effect and shall be interpreted so as to give effect to the parties' intentions as reflected in the eliminated term or condition to the extent possible. Any legal proceedings arising out of the Program or relating to these Terms and Conditions shall be instituted only in the courts located in Wayne County, Michigan, waiving any right to trial by jury. Each applicant consents to the exclusive jurisdiction of such courts with respect to any legal proceedings or disputes of whatever nature arising under or relating to these rules or the Program and waives any objection that any such court is an improper or inconvenient forum. In the event of any conflict between these Terms and Conditions and any Program information provided elsewhere, these Terms and Conditions shall prevail. In some countries you might have legal rights that may not be waived or derogated by contract. Nothing in this terms and conditions limits legal rights that may not be waived or derogated by contract.

**12. PRIVACY POLICIES:** By submitting any information, you agree to be bound by the website Privacy Policy displayed on the Ford GT application website footer, and the Privacy Policy governing the GT Application, which is also available on the Ford GT application website (including any licenses, permissions or grants or rights contained therein) (together, the "Privacy Policies").

**13. EXPORT COMPLIANCE:** Each applicant who purchasers a GT must comply with all applicable export and re-export control agreements, laws, and regulations, including the Export Administration Regulations maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control. Each applicant agrees that the applicant shall not directly or indirectly sell, export, re-export, transfer, divert, or otherwise dispose of any GT to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from Ford and the competent government authorities as required by those laws and regulations. Currently, prohibited destinations include Iran, Syria, Sudan, North Korea, Cuba, and Crimea. Each applicant shall indemnify Ford, to the fullest extent permitted by law from and against any fines or penalties that may arise as a result of the applicant breach of this provision. This export control clause shall survive termination or cancellation of these Terms and Conditions.

**14. GENER** rd reserves the right to modify these Terms and Conditions or to modify, suspend or terminate the Program a  time in its sole discretion. Ford reserves the right to adjust any of the dates and/or times stated in these

Program at any time in its sole discretion. Ford reserves the right to adjust any of the dates and/or times stated in these Terms and Conditions to the extent Ford deems such adjustment necessary as a result of any technical or other problem or because of any other circumstance that, in the opinion of Ford, affects the proper administration of the Program, or for any other reason, in Ford's discretion and without prior notice. The Released Parties are not responsible for late or incomplete applications, incorrect or inaccurate capture of, damage to, or loss of applications or Application Content, or any other human, mechanical or technical errors of any kind relating to the submission, collection, storage or processing of applications or the administration of the Program. Ford reserves the right, in its sole discretion, to disqualify or prohibit from participating in the Program any individual who, in Ford's discretion, Ford determines or believes (a) has tampered with the application process, or has undermined the proper operation of the Program by engaging in hacking, deception or other unfair practices, (b) has engaged in conduct that annoys, abuses, threatens or harasses any other applicant or any representative of Ford or (c) has attempted or intends to attempt any of the foregoing. CAUTION: ANY ATTEMPT BY AN APPLICANT TO DELIBERATELY UNDERMINE THE PROPER OPERATION OF THIS PROGRAM MAY BE A VIOLATION OF CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, FORD RESERVES THE RIGHT TO SEEK DAMAGES FROM ANY SUCH INDIVIDUAL TO THE FULLEST EXTENT PERMITTED BY LAW. Ford reserves the right, in its sole discretion, to cancel, modify or suspend the Program should a technical problem, applicant fraud or misconduct, or other cause beyond the control of Ford corrupt the administration, integrity, security or proper operation of the Program or if for any other reason Ford is not able to conduct the Program as planned (including without limitation in the event the operation of the Program is interfered with by any fire, flood, epidemic, earthquake, explosion, labor dispute or strike, act of God or of public enemy, communications failure, riot or civil disturbance, war (declared or undeclared), terrorist threat or activity or any law, order or regulation or court order). Any rights obtained by an applicant in connection with the Program are not transferrable. By participating in the Program, applicants agree to be bound by these Terms and Conditions.

**15. CONDUCT OF PROGRAM:** The Program is conducted by Ford Motor Company, World Headquarters, One American Road, Dearborn, MI 48126. If you have any questions or complaints regarding these Terms and Conditions and/or the Program, please contact us at customer@fordgtconcierge.com. Ford will respond within 14 days of receipt of your question or complaint.

**Disclaimer**

* Available late 2016. Pre-production model shown in color for illustration only in all images.

© Ford Motor Company  |  Ford.com Terms & Conditions  |  Ford.com Privacy Policy  |  Ford GT Application Terms & Conditions  |  Ford GT Application Privacy Policy