# EXHIBIT 2

# AFFIDAVIT OF ELIGIBILITY AND RELEASE

FORD

**This Affidavit of Eligibility and Release ("Affidavit and Release") must be fully completed, signed by the Selected Applicant (as defined below) in the presence of a Notary Public, notarized where indicated below, and returned within ten days.**

STATE OF Florida

COUNTY OF Pasco

I, _Tom Cox_, being duly sworn, depose and say:

1. **Purpose of Affidavit and Release.** I am submitting this Affidavit and Release with the understanding that it will be relied upon to determine my eligibility for the Ford GT Application Program (the "**Program**") conducted by Ford Motor Company ("**Ford**") and to confirm the terms and conditions of my participation in the Program...

2. **Eligibility.**

   a. If I purchase a Ford GT supercar (a "**GT**"), I will be able to take delivery of the GT in a Participating Territory. The "**Participating Territories**" are Austria, Belgium, Canada, China, France, Germany, Ireland, Italy, Macau, the Netherlands, Philippines, Saudi Arabia, Spain, Sweden, Switzerland, Turkey, United Arab Emirates, the United Kingdom and the United States of America.

   b. I am of sufficient age to enter into a legal agreement for the purchase of a GT.

   c. I am of legal driving age in the jurisdiction in which I reside.

3. **Terms and Conditions and Privacy Policies.** I have read and understand, agree to and have fully complied with the Terms and Conditions applicable to the Program (the "**Terms and Conditions**"), the Terms of Use provided on the Program website and the Privacy Policies provided on the Program website.

4. **Accuracy of Information.** All of the information I submitted (or that was submitted on my behalf) in connection with my application in the Program is accurate. I answered all questions and provided all requested information in the application truthfully, accurately and completely.

5. **Not an Offer or Contract for Sale.** I understand and acknowledge that (a) the purpose of the Program is to identify potential GT purchasers, (b) the Program is not an offer by Ford or any dealer to sell a GT and (c) submission of an application in the Program is not an offer to purchase a GT.

6. **Sales of the GT.** I understand and acknowledge that (a) sales of the GT will be made by Ford dealers in the Participating Territories (except with respect to sales in Austria, Belgium, France, Germany, Ireland, Italy, the Netherlands, Spain, Sweden, Switzerland, and the United Kingdom, as to which sales will be made by Ford or Ford affiliates); (b) after verification of my eligibility and my compliance with the Terms and Conditions, I will be invited to discuss a potential purchase of a GT; (c) the purchase price and all other terms of sale will be determined by the seller in accordance with such terms and processes as the seller may establish; (d) each seller of a GT will have the right to condition the sale on the purchaser's agreement to restrictions on resale or transfer of the GT or to a right of the seller to repurchase the GT within specified time periods, to the extent such restrictions or requirements are permitted under applicable law; (e) the terms of any purchase are subject to mutual agreement by the seller and the purchaser; and (f) GTs will be delivered only to locations in which sale and delivery of the GT is lawful. I understand and acknowledge that any rights obtained by me in connection with the Program are not transferrable.

# AFFIDAVIT OF ELIGIBILITY AND RELEASE

**FORD**

**7. Application Content; Grant of Rights.** I represent and warrant that all information and material supplied or made available by me in connection with the Program (collectively, **"Application Content"**) does not contain any material that violates or infringes upon the rights of any third party, including without limitation any copyright, trademark or rights of privacy or publicity, or that is unlawful, in violation of or contrary to any applicable law or regulation. I hereby irrevocably grant to Ford and its parent companies, subsidiaries and affiliates, and the successors, agents, licensees and assigns of each of the foregoing (collectively, the **"Program Entities"**) a non-exclusive license to reproduce, modify, edit and otherwise use the Application Content (and/or any portion thereof), in perpetuity, throughout the world, in all media and formats whether now or later known or developed, in connection with the administration of the Program and for any other lawful purposes (including, without limitation, in connection with the advertising, marketing and promotion of the GT and/or other Ford products and services), without further notice or compensation unless prohibited by law. I understand and acknowledge that I will not be required to, but may in Ford's discretion be requested to, participate in publicity or promotional activities, and that I will not be obligated to consent to participation in, or to use of my name or likeness in, any publicity or promotional activities.

**8. Release.** On behalf of myself and each of my heirs, executors, successors, assigns and representatives (collectively, my **"Representatives"**), to the fullest extent permitted by applicable law, I hereby release and agree to hold each of the Program Entities, all other companies involved in the development or operation of the Program, and the directors, officers, employees, agents and assigns of all of the foregoing (collectively, the **"Released Parties"**), harmless from and against any and all claims, damages and liability arising out of and/or related to my participation in the Program, the operation of the Program website and/or the promotion, offering or operation of the Program. I assume all liability for any injury or damage caused, or claimed to be caused, by participation in the Program. I understand and acknowledge that the Released Parties are not responsible for any typographical or other error in any communication relating to the Program or the administration of the Program.

**9. Disputes.** On behalf of myself and each of my Representatives, I hereby irrevocably agree that, to the maximum extent permitted by applicable law and except where prohibited for residents of Quebec, (a) any and all disputes, claims, and causes of action arising out of or connected with the Program shall be resolved individually, without resort to any form of class action (this provision will not apply if the jurisdiction in which I reside does not allow restricting access to class actions), (b) any and all claims, judgments and awards shall be limited to actual out-of-pocket costs incurred, and where permitted by applicable laws, the lesser of such amount and $1.00, including costs associated with submitting an application in the Program, but in no event attorneys' fees and (c) under no circumstances will I be permitted to obtain any award for and I hereby waive all rights to claim, punitive, special, incidental or consequential damages and any and all rights to have damages multiplied or otherwise increased and any other damages, other than for actual out-of-pocket expenses. I understand and acknowledge that except to the extent that applicable law requires otherwise and except where prohibited for residents of Quebec, all issues and questions concerning the construction, validity, interpretation and enforceability of the Terms and Conditions, or the rights and obligations of me and Ford in connection with the Program, shall be governed by and construed in accordance with the laws of the State of Michigan in the United States of America, without giving effect to any choice of law or conflict of law rules or provisions that would cause the application of the laws of any other jurisdiction. Except where prohibited for residents of Quebec, I understand and acknowledge that any legal proceedings arising out of the Program or relating to the Terms and Conditions shall be instituted only in the courts located in Wayne County, Michigan, waiving any right to trial by jury. I consent to the exclusive jurisdiction of such courts with respect to any legal proceedings or disputes of whatever nature arising under or relating to the Terms and Conditions or the Program and waive any objection that any such court is an improper or inconvenient forum. I understand and acknowledge that in the event of any conflict between the Terms and Conditions and any Program information provided elsewhere, the Terms and Conditions shall prevail.

**10. Export Compliance.** If I purchase a GT, I shall comply with all applicable export and re-export control agreements, laws, and regulations, including the Export Administration Regulations maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control. I shall not – directly or indirectly – sell, export, re-export, transfer, divert, or otherwise dispose of any GT to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from Ford and the competent government authorities as required by those laws and regulations. Currently, prohibited destinations include Iran, Syria, Sudan, North Korea, Cuba, and Crimea. I shall indemnify Ford, to the fullest extent permitted by law from and against any fines or penalties that may arise as a result of breach by me of this provision.

**11. Further Documents.** In addition to completing, signing and returning this Affidavit and Release, I shall complete and sign (if applicable) and deliver to Ford any additional legal documentation furnished or required by Ford for purposes of verifying my eligibility for the Program or my acceptance of the Terms and Conditions.



# AFFIDAVIT OF ELIGIBILITY AND RELEASE

FORD

I have read, understood and voluntarily agree to be bound by this Affidavit and Release.

SIGNATURE

DATE: 7/29/16

Sworn to and subscribed before me this 29 day of July, 2016.

NOTARY PUBLIC



CHRISTINA V. THOMAS
MY COMMISSION # FF 950222
EXPIRES: February 1, 2020
Bonded Thru Notary Public Underwriters