# EXHIBIT 3

# FORD GT ORDER CONFIRMATION

| | |
|---|---|
| Client Name: | John Cena |
| Delivery Address: | 9560 N. Florida Ave. Tampa, FL |
| Selling Dealer: | Elder Ford Tampa |
| Prepared by: | David |
| Market: | North America |

| | |
|---|---|
| ORDER GENERATION DATE: | 1/27/2017 |
| ORDER FREEZE DATE: | 2/1/2017 |
| Order ID Number: | 4853-N078-001 |
| MODEL YEAR: | 2017 |

## Ford GT Standard Feature Highlights
- Structural Carbon Fiber Passenger Shell, Body Panels, & active aerodynamic elements
- Mid-mounted 3.5L Ecoboost V6 GTDI Engine
- 7-Speed, Dual Clutch Automated Manual Transmission
- Front & Rear Independent Suspension with Variable Ride Height and Selectable Drive Modes
- Brembo Carbon Ceramic Brakes

## Order Details

| Item | Detail | PRICE | INITIALS |
|---|---|---|---|
| Ford GT | | $450,000.00 | |
| Exterior Color | Liquid Blue | $5,000.00 | JC |
| Stripes | No stripes | N/C | JC |
| Wheels | 20" Forged Aluminum Graphite w/ Black Lug Nuts | N/C | JC |
| Calipers | Silver | $1,000.00 | JC |
| Exterior Exposed Carbon Fiber Finish | Gloss Shadow Black | N/C | JC |
| Interior Theme | Dark Energy — Ebony Alcantara Seats, Ribbed Cloth Inserts Matte Dark Stainless IP / Seat X-Brace Finishers — Ebony Alcantara IP, Headliner, Sills, Registers & Console | N/C | JC |
| Options | Titanium Exhaust System – Not Selected | $0.00 | JC |
| | Titanium Lug Nuts – Not Selected | $0.00 | JC |
| | Outdoor Car Cover – Not Selected | $0.00 | JC |
| | Indoor Car Cover – Not Selected | $0.00 | JC |
| | Factory Installed 6-Point Harness Anchors – Not Selected | $0.00 | JC |
| | Leather Wrapped Steering Wheel | $250.00 | JC |
| | Locking Lug Nuts – Not Selected | $0.00 | JC |
| Manufacturer's Suggested Retail Price* | | $456,250.00 | |
| Destination and Delivery | | $3,750.00 | |
| MSRP Including Destination and Delivery | | $460,000.00 | JC |

By signing this Order Confirmation Form you are verifying the following:
   A) The specifications above accurately represent your Ford GT order.
   B) You understand that being selected for the opportunity to purchase this vehicle is non-transferable and agree not to sell the vehicle within the first 24 months of delivery. All vehicles must be purchased through a U.S. Ford dealer.

A 50% deposit based on the Total MSRP above must be paid to your selling dealer to finalize your order before it can be submitted to be built. The Ford GT Concierge must receive proof of your 50% deposit by 2/1/2017 or your build date will be delayed.

This MSRP is based on the selected vehicle options and does not include state and local taxes, duties, license, title and registration fees which will be provided by your selling dealer and included in the final transaction price of your vehicle.

CLIENT SIGNATURE   DATE: 1/26/17

FORD PERFORMANCE

Please be advised any change requests must be submitted to your Concierge prior to your Order Freeze date and any changes may delay the status of your build.