UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company,

                Plaintiff(s),

v.                                 Case No. 2:17−cv−13876−AJT−DRG
                                            Hon. Arthur J. Tarnow

John Cena,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 108.  The following motion(s) are scheduled for hearing:

      Motion to Dismiss − #9

- MOTION HEARING:  June 5, 2018 at 03:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/M. Lang
                                                   Case Manager

Dated:  March 14, 2018