UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY

       Plaintiff,                Case No.  2:17-cv-13876

v.                                  Honorable Arthur J. Tarnow

JOHN CENA,                Magistrate Judge David R. Grand

       Defendant.

| | |
|---|---|
| Lisa A. Brown (P67208) | Bryan D. Hull (Fla. Bar. 20969) |
| Jong-Ju Chang (P70584) | BUSH ROSS, P.A. |
| Whitley S. Granberry (P81202) | *Attorney for John Cena* |
| DYKEMA GOSSETT PLLC | 1801 N. Highland Ave. |
| *Attorneys for Plaintiff* | Tampa, FL  33602 |
| 400 Renaissance Center | (813) 224-9255 |
| Detroit, MI 48243 | bhull@bushross.com |
| (313) 568-6943 | |
| lbrown@dykema.com | Jennifer M. Grieco (P55501) |
| jchang@dykema.com | NEUMAN ANDERSON GRIECO |
| wgranberry@dykema.com | MCKENNEY, P.C. |
| | *Local Counsel for John Cena* |
| | 401 South Old Woodward |
| | Suite 460 |
| | Birmingham, MI  48009 |
| | (248) 594-5252 |
| | jgrieco@nagmlaw.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated to the entry of this Order, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that the Complaint and the above-captioned case in its entirety are dismissed with prejudice, and without costs or attorney fees to any party.

This Order resolves the last pending claim and closes the case.

Dated:  June 20, 2018                                              s/Arthur J. Tarnow
                                                                                  Honorable Arthur J. Tarnow

**Stipulated as to form and content:**

/s/ *Lisa A. Brown*
Lisa A. Brown (P67208)
Jong-Ju Chang (P70584)
Whitley S. Granberry (P81202)
DYKEMA GOSSETT PLLC
*Attorneys for Plaintiff*
400 Renaissance Center
Detroit, MI 48243
(313) 568-6943
lbrown@dykema.com
jchang@dykema.com
wgranberry@dykema.com

/s/ *Bryan D. Hull*
Bryan D. Hull (Fla. Bar. 20969)
BUSH ROSS, P.A.
*Attorney for John Cena*
1801 N. Highland Ave.
Tampa, FL  33602
(813) 224-9255
bhull@bushross.com

Jennifer M. Grieco (P55501)
NEUMAN ANDERSON GRIECO MCKENNEY, P.C.
*Local Counsel for John Cena*
401 South Old Woodward
Suite 460
Birmingham, MI  48009
(248) 594-5252
jgrieco@nagmlaw.com